478

### 27219. WADSWORTH v. THE STATE.

BROYLES, C. J. The defendant was convicted of the offense charged (involuntary manslaughter in the commission of an unlawful act). The evidence for the State amply supported the verdict, while the evidence for the defense and the defendant's statement to the jury authorized his acquittal. This issue of fact was decided by the jury in favor of the State. The court did not err in overruling the motion for new trial, which contained only the general grounds.

Judgment affirmed. MacIntyre and Guerry, JJ., concur.

DECIDED OCTOBER 5, 1938.

*J. L. Wallace,* for plaintiff in error.

*J. Ralph Rosser, solicitor-general, J. Sante Crawford,* contra.

### 27229. SMITH v. THE STATE.

BROYLES, C. J. 1. "An accusation based upon section 311 of the Penal Code of 1910 [Code, § 26-4401], which does not show the nature of the 'process or order' which the officer is 'serving or attempting to serve or execute,' and that it was issued by some court in this State with proper authority to issue it, is fatally defective." *Evans* v. *State,* 29 *Ga. App.* 204 (114 S. E. 812). . . "It is essential that the indictment should show from what court the process issued, not only in order that the defendant might be informed as to the particular process he is charged with obstructing, but also that it may appear from the indictment itself that the process was at least presumably a lawful one. The mere allegation that the process was a 'lawful process,' without more, amounts to nothing but the expression of a conclusion." *Paschal* v. *State,* 16 *Ga. App.* 155, 158 (84 S. E. 725); *Hunter* v. *State,* 4 *Ga. App.* 579 (61 S. E. 1130).

2. Under the foregoing ruling and the facts of the instant case, the accusation was fatally defective, and the court erred in overruling the demurrer thereto; and that error rendered the further proceedings in the case nugatory.   *Judgment reversed. MacIntyre and Guerry, JJ., concur.*

DECIDED OCTOBER 5, 1938.

*John A. Fort,* for plaintiff in error.

*George R. Ellis, solicitor,* contra.